# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| S&P GLOBAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-701-RGA |
| v. | ) ) ) | |
| S&P DATA LLC, S&P DATA OHIO LLC, S&P DATA MICHIGAN LLC and S&P DATA NEW MEXICO LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 14, 2021 true and correct copies of S&P Data LLC's Second Set of Interrogatories (Nos. 9-21) were served on the following counsel by email:

Neal C. Belgam
Kelly A. Green
Jason Z. Miller
Smith, Katzenstein, & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801

Richard S. Mandel
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

|  |  |
|---|---|
| | */s/ Jason J. Rawnsley* |
| | Frederick L. Cottrell, III (#2555) |
| | Jason J. Rawnsley (#5379) |
| | Valerie A. Caras (#6608) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| | 920 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | cottrell@rlf.com |
| | rawnsley@rlf.com |
| | caras@rlf.com |
| | |
| Dated: May 14, 2021 | *Attorneys for Defendants S&P Data LLC, S&P Data Ohio LLC, S&P Data Michigan LLC and S&P Data New Mexico LLC* |