# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S&P GLOBAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> S&P DATA LLC, S&P DATA OHIO LLC, S&P DATA MICHIGAN LLC and S&P DATA NEW MEXICO LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 20-701-RGA ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 1, 2021, *Plaintiffs' Objections to Defendants' 30(b)(6) Deposition Notice* were served on the following by email:

Frederick L. Cottrell, III, Esq.
Jason J. Rawnsley, Esq.
Valerie A. Caras, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
caras@rlf.com

Dated: June 1, 2021

OF COUNSEL:

Richard S. Mandel
Joelle A. Milov
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200
rsm@cll.com
jam@cll.com

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Jason Z. Miller*
Neal C. Belgam (No. 2721)
Jason Z. Miller (No. 6310)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
jmiller@skjlaw.com

*Attorneys for Plaintiffs S&P Global Inc. and Standard & Poor's Financial Services LLC*