IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| S&P GLOBAL, INC. and STANDARD & POOR'S FINANCIAL SERVICES LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-701-RGA |
| v. | ) ) ) | |
| S&P DATA LLC, S&P DATA OHIO LLC, S&P DATA MICHIGAN LLC and S&P DATA NEW MEXICO LLC, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants S&P Data LLC, S&P Data Ohio LLC, S&P Data Michigan LLC, and S&P Data New Mexico LLC, by and through the undersigned attorneys, hereby move the Court for an Order granting summary judgment in favor of Defendants as to Counts IV through VI of Plaintiffs' claims and Count I of Plaintiffs' claims as to the S&P INDICES mark. The grounds for the motion are set forth in the accompanying opening brief in support of Defendants' motion for partial summary judgment and the accompanying exhibits, which are incorporated herein by reference.

|  |  |
|---|---|
| | */s/ Jason J. Rawnsley* |
| | Frederick L. Cottrell, III (#2555) |
| | Jason J. Rawnsley (#5379) |
| | Valerie A. Caras (#6608) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| | 920 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | cottrell@rlf.com |
| | rawnsley@rlf.com |
| | caras@rlf.com |
| | |
| Dated: October 19, 2021 | *Attorneys for Defendants S&P Data LLC, S&P Data Ohio LLC, S&P Data Michigan LLC and S&P Data New Mexico LLC* |